[No. 13270–9–I.  Division One.  December 24, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN GLOWCZYK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03795–6, Warren Chan, J., entered May

6, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.